UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILIE BASER, <br><br> Plaintiff, <br><br> -against- <br><br> CITY UNIVERSITY OF NEW YORK (CUNY), <br><br> Defendant. | 21-CV-10486 (LLS) <br><br> ORDER DENYING IFP APPLICATION |

LOUIS L. STANTON, United States District Judge:

Plaintiff Emilie Baser, who is appearing *pro se*, brings this action for employment discrimination. She seeks to proceed *in forma pauperis* (IFP), and in support of her request, she filed an IFP application. (ECF No. 1.) In her request, Plaintiff asserts that she is currently employed at Harry S. Truman High School, and that her gross monthly wages are $8,453.42, and that she earns "approximately $4,500 for working summer school/per session work." (*Id.* at 1-2.) Plaintiff also details her monthly expenses, totaling approximately $3,800.00 per month. (*Id.* at 2-3.) Based upon the information that Plaintiff has provided, the Court determines that Plaintiff has sufficient assets to pay the $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – required to proceed with a civil action in this court.

## CONCLUSION

Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1).

Plaintiff is directed to pay $402.00 in fees within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 13, 2021
         New York, New York

                                                    _____
                                                       Louis L. Stanton
                                                          U.S.D.J.