UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
EMILIE BASER,                                                          :
:
Plaintiff,                                                             :
:            21 Civ. 10486 (JPC)
-v-                                                                    :
:                   ORDER
CITY UNIVERSITY OF NEW YORK (CUNY),       :
:
Defendant.                                                             :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     On October 21, 2022, the Court was informed that an agreement was reached on all issues at mediation. Dkt. 20. Accordingly, by October 31, 2022, the parties shall submit a joint letter confirming they have reached a settlement, and if so, whether the parties request that the Court enter an order dismissing the case provided no request is made to restore the action within thirty days.

     SO ORDERED.

Dated: October 24, 2022
        New York, New York
                                                    JOHN P. CRONAN
                                            United States District Judge